**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01372-RM-MJW

USA,

    Plaintiff,

v.

GLENDORA R. RYE,

    Defendant.

---

**CONSENT JUDGMENT**

---

Pending before the Court is the parties' Joint Motion for Entry of Consent Judgment (ECF No. 26).

Plaintiff the United States ("Plaintiff") filed a Complaint against Defendant Glendora R. Rye ("Defendant") on May 28, 2013. The Complaint sought "declaratory relief, ejectment of [Defendant] from property owned by the United States, and damages from Defendant for past rent owed to the United States." (ECF No. 1 at 1.) On October 23, 2013, the Parties submitted the pending Motion, along with a proposed order and a copy of the Settlement Agreement (ECF No. 36-2), which this Court has reviewed. This Court has determined that the Settlement Agreement is fair, reasonable, not the product of collusion, and that it serves the public interest.

Pursuant to the Complaint filed by Plaintiff United States of America against Defendant Glendora R. Rye in the above-captioned case and both Parties to this case having approved the terms of this Consent Judgment:

It is hereby ORDERED that Defendant Glendora R. Rye shall permanently remove herself, her children, one of which is a minor, and her personal possessions from the real property located at 1216 Moore Drive, Gilcrest, CO 80623 (the "Property") and return possession of the Property to the United States by or on January 31, 2014.

It is hereby ORDERED that if Defendant Glendora R. Rye has not permanently removed herself, her children, one of which is a minor, and her personal possessions from the Property by or on January 31, 2014, then Plaintiff United States may instruct the United States Marshal for the District of Colorado to evict Defendant and all other persons residing at the Property, and place the United States or its agent in possession of the Property;

It is hereby ORDERED that if Defendant Glendora R. Rye has not permanently removed herself, her children, one of which is a minor, and her personal possessions from the Property by or on January 31, 2013, then she is liable to Plaintiff United States in the total sum of forty-six thousand, five hundred dollars ($46,500.00), with each party to bear their own fees and costs.

DATED this 12th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge