**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01372-RM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLENDORA R. RYE,

    Defendant.

---

**WRIT OF ENTRY**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO:

    (1) If the possession of the real Property known as 1216 Moore Drive, Gilcrest, CO 80623 ("the Property"), has not been surrendered to the United States by January 31, 2014, in accordance with the Consent Judgment (Doc. 37) approved and entered by this Court on December 12, 2013, you or those acting at your direction shall enter the Property between the hours of 8:00 a.m. and 6:00 p.m. and evict all those in possession and turn over the possession of the Property to the United States;

    (2) The U.S. Marshal is authorized and directed to take any and all necessary actions, including but not limited to the use of reasonable force, to enter and remain on the premises, which includes, but is not limited to, the land, the buildings, and any structures located thereon, for the purpose of executing this Order.  The U.S. Marshal is further authorized and directed to

arrest and/or evict from the premises any and all persons who obstruct, attempt to obstruct, or interfere or attempt to interfere, in any way with the execution of this Order.

(3) You are directed to file a return of this Writ to this Court within ten (10) days of execution.

DATED this 4th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge