**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-01372-RM-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GLENDORA R. RYE,

     Defendant.

---

## ORDER

---

The Court, having reviewed Defendant's Motion to Oppose Writ of Entry & Amend Date of Settlement Agreement (ECF No. 41) (the "Motion") and being fully advised, hereby DENIES the Motion.  The Court has reviewed the Motion and concluded that there is no legal basis to support it.  There was a Joint Motion for Entry of Consent Judgment filed in this case in October of 2013 (ECF No. 36), and a Consent Judgment was filed by this Court on December 12, 2013 (ECF No. 37).   There are no grounds now for the Court to disregard the terms of that Consent Judgment in favor of the Defendant.

DATED this 13th day of February, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge